IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, et al., | Lead Case CV 24–86–M–DWM |
| Plaintiffs, | Member Case CV 24–87–M–DWM |
| and | |
| WESTERN WATERSHEDS PROJECT, et al., | ORDER |
| Consolidated Plaintiffs, | |
| vs. | |
| UNITED STATES FISH AND WILDLIFE SERVICE, et al., | |
| Defendants. | |

Plaintiffs and Consolidated Plaintiffs having moved to extend the deadline to file a case management plan, (*see* Doc. 6),

IT IS ORDERED that the motion (Doc. 11) is GRANTED. The case management plan is due on or before July 22, 2024. No further extensions of time will be granted.

DATED this 28 day of June, 2024.

Donald W. Molloy, District Judge
United States District Court